EDOK Criminal Complaint (Revised 6/13)

# United States District Court

## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>**KYLE WAYNE HUDGINS,**<br><br>*Defendant.* | **CRIMINAL COMPLAINT**<br><br>**Case No.** 24-MJ-388-DES |

I, Charles S. Carrol, the undersigned complainant, state that the following is true to the best of my knowledge and belief.

On or about November 18, 2024, in the Eastern District of Oklahoma, **KYLE WAYNE HUDGINS** committed the crime of **Attempt to Commit Murder in Indian Country**, in violation of Title 18, United States Code, Section 1113, 1151, and 1153.

I further state that I am a Special Agent with the Bureau of Indian Affairs, Office of Justice Services, and that this complaint is based on the following facts:

(See attached Affidavit in Support of Criminal Complaint, which is attached hereto and made a part hereof by reference.)

☒    Continued on the attached sheet.

CHARLES CARROLL  Digitally signed by CHARLES CARROLL
Date: 2024.11.19 17:11:13 -06'00'

Charles S. Carrol, Special Agent
Office of Justice Services
Bureau of Indian Affairs

Sworn to me on November 19, 2024.

D. EDWARD SNOW
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

**<u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>**

I, Special Agent Charles Carroll, being duly sworn, depose and state that:

**<u>INTRODUCTION</u>**

1.    I am a Special Agent (SA) of the Bureau of Indian Affairs (BIA), Office of Justice Services (OJS), and have been so employed since October 2010.  I am currently assigned to the FBI Oklahoma City Division, Ardmore/Durant Safe Trails Task Force. My primary duty assignment is to work Indian Country Investigations in the Eastern District of Oklahoma. In my career as an BIA Special Agent, I have investigated numerous Indian Country cases, including high risk arrest warrants, search warrants, and a variety of sexual abuse and other violent crimes.

2.    As a Federal Agent, I am authorized to investigate violations of the laws of the United States, and to execute warrants issued under the authority of the United States.

3.    The statements contained in this Affidavit are based in part on: information provided by other agencies, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; independent investigation; and my experience, training, and background as a Special Agent with the BIA.  Because this Affidavit is being submitted for the limited purpose of establishing probable cause to believe that KYLE WAYNE HUDGINS, committed the below-described offenses, I have not included every detail of the investigation, and it does not set forth all of my knowledge about this matter.  This affidavit is made in support of a Complaint and Arrest Warrant a violation of Title 18, United States Code, Section 1113, 1151, and 1153: Attempt to Commit Murder in Indian Country.  In addition, unless otherwise indicated, all statements contained in this Affidavit are summaries in substance and in part.  The following is true to the best of my knowledge and belief.

1

**PROBABLE CAUSE**

4.      There is probable cause to believe that KYLE WAYNE HUDGINS committed a violation of Title 18, United States Code, Sections 1113, 1151 and 1153, Attempted Murder in Indian Country, which occurred within the boundaries of the Choctaw Nation Reservation, located within the Eastern District of Oklahoma.

5.      VENUE: the facts and circumstances alleged in this affidavit occurred in Broken Bow Oklahoma, within the Eastern District of Oklahoma.  More specifically, based on the Supreme Court decision in *McGirt v. Oklahoma (2020)*, the facts and circumstances described below occurred within the special maritime and territorial jurisdiction of the United States and in Indian Country, to wit the Choctaw Nation Reservation.

6.      DEFENDANT: the defendant is KYLE WAYNE HUDGINS (hereinafter HUDGINS) (d/o/b 12/24/1985). HUDGINS is an enrolled member of the Choctaw Nation of Oklahoma and possesses a Degree of Indian Blood.

7.      VICTIM(S): the victim of the herein described offense, J.P., is an Oklahoma Highway Patrol Trooper. J.P. is also a BIA Special Law Enforcement Commission holder, therefore considered a Federal Officer.

8.      BACKGROUND: On November 18, 2024, at approximately 4:35 P.M., Trooper J.P. observed a black Chevy Cobalt traveling with the driver not wearing his seatbelt. The driver was later identified as KYLE WAYNE HUDGINS. J.P. initiated a traffic stop and HUDGINS pulled into a residence. J.P. made a driver side approach and during the initial conversation, HUDGINS allowed his vehicle to roll backwards, striking J.P.' patrol vehicle. J.P. drew his duty handgun and gave HUDGINS verbal commands to turn his vehicle off and to put into park. HUDGINS failed to obey the verbal commands of J.P. and quickly sped off in his vehicle.

9.      J.P. initiated a pursuit through the town of Broken Bow, Oklahoma. The pursuit

went through several residential and business areas during early evening hours. J.P. was eventually able to perform a Tactical Vehicle Intervention (TVI) near the intersection East Choctaw Street and Silvey Road. HUDGINS fled on foot from his vehicle and ran into a wooded area, and J.P. chased after him. J.P. caught HUDGINS approximately 10 feet into the wooded area and a fight ensued. During the fight, J.P. and HUDGINS struggled over J.P. Duty pistol. While Struggling over the firearm, J.P. told HUDGINS to let go of his gun. J.P. was able to gain control over his firearm and shot HUDGINS.

10.    J.P. gained enough control to fire his handgun striking Hudgins.

11.    HUDGINS vehicle was seized and towed to a secure space. Prior to impoundment Troopers observed a handgun in the front seat and an AR-15 style rifle tucked behind the passenger seat. HUDGINS left his driver door open and the firearms were in plain view.

12.    On November 19, 2024 I reviewed footage from J.P. in-car video. The footage shows the traffic stop conducted by J.P., and HUDGINS backing into the Trooper's patrol vehicle. The Trooper gives chase through residential and business areas at a high rate of speed, ending with the Trooper using a TVI technique to disable the fleeing vehicle. You can hear the struggle between J.P. and HUDGINS. J.P. gives several commands to HUDGINS to let go of his gun. J.P. then fires several rounds.

13.    On November 19, 2024, I spoke with Trooper J.P. via telephone. I asked what he thought would happen if HUDGINS would have gotten his gun. Trooper J.P. said he thought HUDGINS would shoot him if he was able to get his weapon away.

14.    Based on a review of this case and based on my knowledge and experience with violent crimes in Indian Country, I, as your Affiant have probable cause to believe KYLE WAYNE HUDGINS committed the offense of Attempt to commit Murder in Indian Country in violation of Title 18, United States Code, Sections 1113, 1151 and 1153.

3

Respectfully Submitted,

CHARLES CARROLL
Digitally signed by CHARLES CARROLL
Date: 2024.11.19 17:12:11 -06'00'

_____
Charles Carroll, Special Agent
Bureau of Indian Affairs


Sworn before me this ___19th___ day of November 2024.

_____
 D. EDWARD SNOW
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF OKLAHOMA