FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

APR - 9 2025

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

UNITED STATES OF AMERICA,

　　　　　*Plaintiff,*

v.

KYLE WAYNE HUDGINS,

　　　　　*Defendants.*

Case No. 24-CR-203-RAW

**S U P E R S E D I N G　I N D I C T M E N T**

The Federal Grand Jury charges:

**COUNT ONE**

**PROHIBITED PERSON IN POSSESSION OF A FIREARM**
**[18 U.S.C. §§ 922(g)(9) & 924(a)(8)]**

On or about November 18, 2024, in the Eastern District of Oklahoma, the defendant, **KYLE WAYNE HUDGINS**, having been convicted of the misdemeanor crime of domestic violence, that is, Domestic Abuse – Assault and Battery, on August 6, 2004, in the District Court in and for McCurtain County, State of Oklahoma, CM-2004-00330, and knowing of such conviction, did knowingly possess a firearm, that is:

- A Bushmaster Firearms, model XM15-E2S, .223-5.56mm caliber, semi-automatic pistol, serial number BK1810420; and

- A Sarsilmaz (SAR Arms), Model SAR-9X, 9mm Luger caliber, semi-automatic pistol, serial number T1102-20BV56150;

which had been previously shipped, and transported in interstate commerce in violation of Title 18, United States Code, Section 922(g)(9) and 924(a)(8).

## COUNT TWO

### ATTEMPTED ROBBERY IN INDIAN COUNTRY
### [18 U.S.C. §§ 2111, 1151 & 1153]

On or about November 18, 2024, within the Eastern District of Oklahoma, in Indian country, the defendant, **KYLE WAYNE HUDGINS**, an Indian, by force, violence, and intimidation, did take and attempt to take, from the person and presence of Victim, a thing of value, to wit: a Sig Sauer P320 Handgun, in violation of Title 18, United States Code, Sections 1151, 1153, and 2111.

## COUNT THREE

### ASSAULT WITH INTENT TO COMMIT A FELONY IN INDIAN COUNTRY
### [18 U.S.C. §§ 113(a)(2), 1151, & 1153]

On or about November 18, 2024, within the Eastern District of Oklahoma, in Indian country, the defendant, **KYLE WAYNE HUDGINS**, an Indian, did assault Victim, with the intent to commit a felony, to wit: robbery, in violation of Title 18, United States Code, Sections 113(a)(2), 1151, and 1153.

## COUNT FOUR

### ELUDING A PEACE OFFICER IN A MANNER AS TO ENDANGER ANY OTHER PERSON IN INDIAN COUNTRY
### [18 U.S.C. §§ 13, 1151, & 1152, & 21 O.S. §540A(A), & 540A(B)]

On or about November 18, 2024, within the Eastern District of Oklahoma, in Indian country, the defendant, **KYLE WAYNE HUDGINS**, an Indian, did willfully elude and attempt to elude a peace officer by willfully increasing the speed of his vehicle and driving at a high rate of speed in such a manner as to endanger any other person after receiving a visual and audible signal, a red light and a siren, from the peace officer, driving a clearly identified official police vehicle, directing the Defendant to bring his vehicle to a stop, in violation of Title 18, United States

2

Code, Sections 13, 1151, and 1152, and Title 21, Oklahoma Statutes, Sections 540A(A) and 540A(B).

## COUNT FIVE

### POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)]

On or about November 18, 2024, in the Eastern District of Oklahoma, the defendant, **KYLE WAYNE HUDGINS,** did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT SIX

### POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME
### [18 U.S.C. § 924(c)(1)(A)]

On or about November 18, 2024, in the Eastern District of Oklahoma, the defendant, **KYLE WAYNE HUDGINS,** did knowingly possess a firearm to wit:

- one (1) Bushmaster Firearms, model XM15-E2S, .223-5.56mm caliber, semi-automatic pistol, serial number BK1810420; and

- one (1) Sarsilmaz (SAR Arms), Model SAR-9X, 9mm Luger caliber, semi-automatic pistol, serial number T1102-20BV56150;

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute Methamphetamine, as charged in Count Five of this indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

### FORFEITURE ALLEGATION
### [18 U.S.C. § 924(d), 21 U.S.C. § 853, & 28 U.S.C. § 2461(c)]

The allegations contained in Counts One through Six of this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to

the provisions of Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

Upon conviction of the violations charged in Counts One, Five, and Six of this Superseding Indictment involving violations of Title 18, United States Code, Sections 922(g)(9), 924(a)(8), and 924(c)(1)(A) and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) the defendant, **KYLE WAYNE HUDGINS**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as the result of such offenses, and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offenses, as well as all firearms and ammunition involved in the commission of the offenses, including, but not limited to:

- one (1) Bushmaster model XM-15-E25 Rifle, serial number BK1810420; and
- one (1) Sarsilmaz model SAR 9X handgun, serial number T1102-20BV56150.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

DAK COHEN, TX Bar #24120769
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

4